UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ALEJANDRO JAVIER MARIN,

                Plaintiff,

     -against-

UNITED STATES OF AMERICA, et al.,

               Defendants.

21-CV-4443 (LTS)

CIVIL JUDGMENT

    Pursuant to the order issued September 2, 2021, dismissing the complaint,

    IT IS ORDERED, ADJUDGED AND DECREED that the complaint is dismissed without prejudice for Plaintiff's failure to submit an updated prisoner authorization or pay the $402.00 in filing fees. *See* 28 U.S.C. §§ 1914, 1915.

    The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from the Court's judgment would not be taken in good faith.

    IT IS FURTHER ORDERED that the Clerk of Court mail a copy of this judgment to Plaintiff and note service on the docket.

SO ORDERED.

Dated:    September 2, 2021
           New York, New York

                                      /s/ Laura Taylor Swain
                                         LAURA TAYLOR SWAIN
                                   Chief United States District Judge